

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

| | |
|---|---|
| 145 MARCUS BLVD., INC., | MEMORANDUM |
| | AND |
| Plaintiff, | ORDER |
| - against - | 04-CV-1882 (TCP) |
| F & H MANUFACTURING CORP., et al., | |
| Defendants. | |

------------------------------------X

PLATT, District Judge.

Having considered the report and recommendation made by Magistrate Judge Michael Orenstein (see Transcript dated 4/28/08) along with the opposition papers dated May 7, 2008 and May 28, 2008, the report and recommendation are hereby adopted in their entirety.

**SO ORDERED.**

Dated: January 8 2009
       Central Islip, New York

                                    _____
                                    Thomas C. Platt, U.S.D.J.